**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-2432-JLK

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAN MIGUEL, *ET AL.*,

    Plaintiffs,

    v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *ET AL.*,

    Defendants.

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D.C.COLO.LAttyR 5(b), Ms. Tanya Nesbitt hereby files this motion requesting the Court's authorization of Ms. Nesbitt's withdrawal as counsel for Defendants in this case, and the removal of her name and address from all court mailing lists. As of today, Ms. Nesbitt has ceased to be employed by the Department of Justice. Trial Attorney Michael S. Sawyer has filed a notice of appearance and will represent Defendants in this case. Therefore, good cause exists for this motion to be granted.

Dated: July 26, 2019

                              Respectfully submitted,

                              */s/ Tanya Nesbitt*
                              Tanya Nesbitt

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which will generate a Notice of Filing to the attorneys of record, and served on Defendants.

*/s/ Tanya Nesbitt*
Tanya Nesbitt